**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Salma Chleuh )<br><br>            Petitioner, )<br><br>                    v. )<br><br>Wesling et al )<br><br>            Respondents. ) | Civil Action No. 26-cv-13235-MJJ |

**FINAL JUDGMENT**

JOUN, D.J.

       In accordance with this Court's Order , Doc. No. 12

       Judgment is entered for the Petitioner.

DATED: August 6, 2026

                                        BY THE COURT,

                                        /s/ Sophie Phillips